<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1253**

---

REX B. LANTZ, JR.,

Plaintiff - Appellant,

versus

PAUL J. FISCHER,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, District Judge.  (CA-00-24-2)

---

Submitted:  August 31, 2001      Decided:  September 18, 2001

---

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Henry S. Keuling-Stout, KEULING-STOUT, P.C., Big Stone Gap, Virginia, for Appellant.  Frederick W. Adkins, CLINE, ADKINS & CLINE, Norton, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rex B. Lantz, Jr., appeals from the district court's order granting the Defendant summary judgment and denying Lantz's motion to amend the judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Lantz v. Fischer, No. CA-00-24-2 (W.D. Va. Jan. 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED